**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE | * | CASE NO. 16-12486 |
| **Crescent City Scaffold L.L.C.,** | * | Chapter 7 |
| Debtor | * | |
| David V. Adler, Trustee | * | |
| Plaintiff | * | |
| | * | Adversary Proceeding No. |
| v. | * | 18-1104 |
| John Fayard and JJK&A Holding Corp. | * | |
| D/B/A Coast Scaffold & Shoring, | * | |
| Defendants | * | |

## Answer

Defendants John Fayard and JJK&A Holding Corporation, d/b/a Coast Scaffold and Shoring, answer the adversary complaint filed by David V. Adler, Trustee, by answering each paragraph of the adversary complaint with correspondingly numbered paragraphs, as follows:

1. Admitted.

2. Admitted.

3. Fayard and Coast admit that they have been named Defendants. They deny any liability.

4. Admitted.

5. Admitted with respect to counts I, II and III. Denied with respect to count IV.

6. Venue is admitted. Jurisdiction is admitted with respect to counts I, II and III. Jurisdiction is denied with respect to count IV.

7. Defendants incorporate all of their responses to paragraphs 1 through 6 above.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Defendants incorporate all of their responses to paragraphs 1 through 13 above.

15. Defendants admit that the Trustee is making the indicated assertion. Defendants deny all liability.

16. Denied.

17. Denied.

18. Defendants incorporate all of their responses to paragraphs 1 through 17 above.

19. Denied.

20. Denied.

21. Denied.

22. Defendants lack information sufficient to justify a belief in the truth of the allegations made in paragraph 22. Therefore, such allegations are deemed denied.

23. Paragraph 23 does not contain any allegations of fact and therefore does not require a response from the Defendants. To the extent that a response is deemed required, the allegations of paragraph 23 are denied.

24. Defendants reserve all rights, defenses and objections that they may have against any future claims to be asserted by the Trustee, including the right to object to the effectiveness of the Trustee's present reservation of rights.

                                                    Respectfully Submitted:

                                                    */s/ Jeffrey L. Oakes*
                                                    Jeffrey L. Oakes (La. Bar No. 30281)
                                                    Beary & Oakes, L.L.C.
                                                    330 Carondelet Street
                                                    New Orleans, LA 70130
                                                    (504) 299-8724

## **CERTIFICATE OF SERVICE**

      This answer was served on Plaintiff's counsel by the Court's ECF system on August 29, 2018.

                                                        */s/ Jeffrey L. Oakes*
                                                        Jeffrey L. Oakes