## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 16-12486 |
| | * | |
| CRESCENT CITY SCAFFOLD, LLC<br>    DEBTOR | * | SECTION B |
| | * | CHAPTER 7 |
| ****************************************** | | |
| DAVID V. ADLER, TRUSTEE<br>    PLAINTIFF | * | |
| | * | ADVERSARY PROCEEDING<br>NO. 18-1104 |
| V. | * | |
| JOHN FAYARD AND JJK&A<br>HOLDING CORPORATION D/B/A/<br>COAST SCAFFOLD & SHORING | * | |
| ****************************************** | | |

### RESPONSES TO REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

All documents identified, referred to or utilized in any manner in responding to each Request for Admission and Interrogatory set forth above.

**RESPONSE**: With the possible exception of the Quality Construction contract that was nominally entered into with JE Consulting and Construction, LLC (the "Quality Contract"), all documents relevant to this matter and in the custody or control of the Defendants have previously been produced to the trustee. The Quality Contract has not yet been located. If it is located these responses will be supplemented.

**Request for Production No. 2:**

All documents which support your failure to unequivocally admit each Request for Admission set forth above, identified by the number of the Request for Admission which was not unequivocally admitted.

**RESPONSE**: With the possible exception of the Quality Construction contract that was nominally entered into with JE Consulting and Construction, LLC (the "Quality Contract"), all documents relevant to this matter and in the custody or control of the Defendants have previously been produced to the trustee. The Quality Contract has not yet been located. If it is located these responses will be supplemented.

Exhibit "C"

**Request for Production No. 3:**

All documents which evidence, establish, or support the allegations and contentions set forth in your Answer to Complaint, including any affirmative defenses set forth therein.

**RESPONSE**: With the possible exception of the Quality Construction contract that was nominally entered into with JE Consulting and Construction, LLC (the "Quality Contract"), all documents relevant to this matter and in the custody or control of the Defendants have previously been produced to the trustee. The Quality Contract has not yet been located. If it is located these responses will be supplemented.

**Request for Production No. 4:**
l
All documents relating to or discussing the Transfers, including without limitation, (i) all documents evidencing the Transfers, (ii) any and all contracts and invoices relating to the Transfers, (iii) all documents relating to obligations paid by the Transfers, and (iv) all correspondence, emails, or other documents relating to the Transfers or obligations paid by the Transfers.

**RESPONSE**: With the possible exception of the Quality Construction contract that was nominally entered into with JE Consulting and Construction, LLC (the "Quality Contract"), all documents relevant to this matter and in the custody or control of the Defendants have previously been produced to the trustee. The Quality Contract has not yet been located. If it is located these responses will be supplemented.

**Request for Production No. 5:**

With respect to your expert witness(es):

a. all documents upon which your expert witness bases his findings, opinions, or conclusions;

b. all reports prepared by your expert to express his opinion;

c. all exhibits to be used as a summary of or support for his opinions;

d. all documents describing the expert's current qualifications; and

e. all publications authored by the expert witness within the preceding ten years.

**RESPONSE**: None.

**Request for Production No. 6:**

All documents you intend to introduce into evidence at the trial of this adversary proceeding.

**RESPONSE**: Objection. These documents have not been identified as of this time, and there is no rule or order that requires their identification prior to the submission of the pretrial order. The documents will be identified in accordance with court orders.

**Request for Production No. 7:**

All documents related to the check made payable to the Debtor showing JB Consulting and Construction, LLC as remitter attached hereto as Exhibit "B."

**RESPONSE**: With the possible exception of the Quality Construction contract that was nominally entered into with JE Consulting and Construction, LLC (the "Quality Contract"), all documents relevant to this matter and in the custody or control of the Defendants have previously been produced to the trustee. The Quality Contract has not yet been located. If it is located these responses will be supplemented.

**Request for Production No. 8:**

All documents existing between (i) JB Consulting and Construction, LLC and the Debtor for the period January 1, 2014 to the present and (ii) JB Consulting and Construction, LLC and Coast for the period January 1, 2014 to the present.

RESPONSE: None.

**Request for Production No. 9:**

All documents existing between the Debtor and Coast, including without limitation those which demonstrate the relationship between the parties, instances where Coast has assumed obligations on behalf of the Debtor, and/or that Coast is the successor in interest to the Debtor.

RESPONSE: None.

Respectfully submitted, this 12th day of December, 2018.

/s/ *Jeffrey L. Oakes*
Jeffrey L. Oakes (La. Bar No. 30281)
Beary & Oakes, L.L.C.
330 Carondelet Street
New Orleans, LA 70130
(504) 299-8724