UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE | * | CASE NO. 16-12486 |
| | * | |
| **Crescent City Scaffold L.L.C.,** | * | Chapter 7 |
| Debtor | * | |
| ****************************************** | | |
| **David V. Adler, Trustee** | * | |
| Plaintiff | * | |
| | * | Adversary Proceeding No. |
| v. | * | 18-1104 |
| | * | |
| **John Fayard and JJK&A Holding Corp.** | * | |
| **D/B/A Coast Scaffold & Shoring,** | * | |
| | * | |
| Defendants | * | |
| ****************************************** | | |

## MOTION TO WITHDRAW

Jeffrey L. Oakes, of Beary & Oakes, LLC ("Movant"), hereby files this motion to withdraw as counsel of record for the Defendants. In support of his motion, Movant shows the following:

1.

Movant's firm, Beary & Oakes, LLC, is closing as of December 31, 2018. Movant's sole partner, Chris Beary, is retiring from the practice of law. Movant's sole associate, Alex Ducros, has accepted a position as an assistant district attorney. Movant has accepted a position as in-house counsel.

2.

Movant has proposed terms to the Defendants by which he could continue to represent them after moving in-house. Defendants have not accepted those terms.

3.

Movant's firm has been named as a defendant in an adversary proceeding filed by the Trustee in the underlying bankruptcy case. Movant's firm believes that it has a claim against Jack Fayard, defendant herein, for indemnification relating to that adversary proceeding. This creates a conflict of interest between Movant's firm and the Defendants. Movant negotiated a resolution of that conflict with Jack Fayard, but Mr. Fayard has not followed through on the terms of the resolution.

4.

Additional grounds for withdrawal exist under Louisiana Rule of Professional Conduct 1.16(b).

5.

Trial is scheduled in this matter within a month. Loss of counsel so close to the trial date will be prejudicial to the Defendants. For that reason, a motion to continue the trial is being filed simultaneously herewith, to allow the Defendants ample time to find new counsel and for new counsel to prepare for trial.

6.

Defendants have been advised of Movant's intent to file a motion to withdraw. Defendants will also be served with a copy of this motion.

Respectfully Submitted:

*/s/ Jeffrey L. Oakes*
Jeffrey L. Oakes (La. Bar No. 30281)
Beary & Oakes, L.L.C.
330 Carondelet Street
New Orleans, LA 70130
(504) 299-8724
Fax: (504) 299-8735

## **CERTIFICATE OF SERVICE**

  This motion was served on Plaintiff's counsel by the Court's ECF system on December 18, 2018. This motion was also served on the Defendants by electronic mail on December 18, 2018.

           */s/ Jeffrey L. Oakes*
           Jeffrey L. Oakes