# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-12486 |
| | : | |
| CRESCENT CITY SCAFFOLD, LLC | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

| | | |
|---|---|---|
| DAVID V. ADLER, TRUSTEE | : | |
|     PLAINTIFF | : | ADVERSARY NO. 18-1104 |
| | : | |
| V. | : | |
| | : | |
| JOHN FAYARD AND JJK&A HOLDING | : | |
| CORPORATION D/B/A/ COAST SCAFFOLD | : | |
| & SHORING | | |

## ORDER ON MOTION TO COMPEL

On December 18, 2018, David V. Adler ("Trustee"), filed a Motion to Compel Discovery ("Motion") against defendants John Fayard ("Fayard") and JJK&A Holding Corporation d/b/a Coast Scaffold and Shoring ("Coast") (sometimes collectively "Defendants"). A hearing on the Motion was held on December 19, 2018 ("Hearing").

Appearing at the hearing were:

Fernand L. Laudumiey, IV, counsel for the Trustee; and

Jeffrey L. Oakes, counsel for Defendants.

**NOW THEREFORE**, based upon the Court's review of the pleadings, the argument of counsel, and the entire record in this case, and finding that proper notice was given to all parties-in-interest;

**IT IS ORDERED** that the Motion is GRANTED.

3303057-1

**IT IS FURTHER ORDERED** that Defendants shall respond to the served Requests for Admission, Interrogatories, and Requests for Production of Documents ("Discovery Requests") propounded by the Trustee fully and completely, under oath when required by the applicable law, no later than seven (7) days after the enrollment of new counsel.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, December 28, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

3303057-1