## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE | * | CASE NO. 16-12486 |
| | * | |
| **Crescent City Scaffold L.L.C.,** | * | Chapter 7 |
| Debtor | * | |
| | * | |
| ***** | | |
| **David V. Adler, Trustee** | * | |
| Plaintiff | * | |
| | * | Adversary Proceeding No. |
| v. | * | 18-1104 |
| | * | |
| **John Fayard and JJK&A Holding Corp.** | * | |
| **D/B/A Coast Scaffold & Shoring,** | * | |
| | * | |
| **Defendants** | * | |

## ORDER GRANTING
## MOTION TO WITHDRAW

THIS MATTER came before the Court on December 19, 2018, on the motion of Jeffrey L. Oakes, of Beary & Oakes, LLC, to withdraw as counsel of record for the Defendants. Fernand L. Laudumiey IV appeared on behalf of the Trustee. Jeffrey L. Oakes appeared on behalf of the Movant. After considering the motion, the representations of counsel, and the record in this case, the Court has determined that good cause exists to grant the relief requested in the Motion. Therefore,

IT IS HEREBY ORDERED THAT Jeffrey L. Oakes and the law firm of Beary & Oakes, LLC are permitted to withdraw from bankruptcy case no. 16-12486 and adversary proceeding no. 18-1104 with immediate effect and shall have no further responsibility herein, and

IT IS FURTHER ORDERED that Defendants in adversary proceeding no. 18-1104 shall retain new counsel no later than January 28, 2019, **and outgoing counsel shall notify Defendants of this requirement, immediately**; and

1

IT IS FURTHER ORDERED that after new counsel for the Defendants has enrolled, the Court will schedule a pretrial conference for the purpose of choosing a new trial date.

New Orleans, Louisiana, January 8, 2019.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge