**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. |
| **CRESCENT CITY SCAFFOLD, LLC** | **16-12486** |
| | **SECTION "B"** |
| **DEBTOR** | **CHAPTER 7** |
| **DAVID V. ADLER, TRUSTEE** | |
| Plaintiff | |
| VERSUS | ADVERSARY NO. |
| | 18-01104 |
| **JOHN FAYARD AND JJK&A HOLDING CORP. & SHORING CORPORATION D/B/A/ COAST SCAFFOLD** | |
| Defendants | |

### EX-PARTE MOTION TO ENROLL AS COUNSEL FOR DEFENDANT JOHN FAYARD

NOW INTO COURT, through undersigned counsel, comes John Fayard, a named defendant in the within adversary proceeding, and herein seeks the entry of an order permitting the enrollment of Darryl T. Landwehr of the Landwehr Law Firm, attorney at law, as his counsel of record in the above-captioned and numbered adversary proceeding.

WHEREFORE, John Fayard, defendant, prays that the Court enter an Order permitting the enrollment of Darryl T. Landwehr of the Landwehr Law Firm as his counsel of record in the above-captioned and numbered adversary proceeding.

Respectfully submitted,

*/s/ Darryl T. Landwehr*
DARRYL T. LANDWEHR (#17677)
LANDWEHR LAW FIRM
1010 Common Street, Suite 1710
New Orleans, Louisiana 70112
Telephone: (504) 561-8086
Attorneys for John Fayard, Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the *Ex-Parte Motion to Enroll as Counsel for Defendant John Fayard* has been served upon counsel for the plaintiff, Fernand Laudumiey, IV, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, via the Court's CM/ECF system, on the 9th day of April, 2019.

                                    */s/ Darryl T. Landwehr*
                                    DARRYL T. LANDWEHR (17677)