UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 16-12486 |
| CRESCENT CITY SCAFFOLD, LLC | SECTION "B" |
| DEBTOR | CHAPTER 7 |
| DAVID V. ADLER, TRUSTEE | |
| PLAINTIFF | |
| VERSUS | ADVERSARY NO. 18-1104 |
| JOHN FAYARD and JJK&A HOLDING CORPORATION d/b/a/ Coast Scaffold & Shoring | |
| DEFENDANTS | |

## ORDER

This matter came before the Honorable Jerry A. Brown on April 10, 2019 as a Rule 16(b) conference and pre-trial conference.

APPEARING: Fernand L. Laudumiey IV
Counsel for David V. Adler, Trustee (Plaintiff)

Darryl Landwehr
Counsel for John Fayard (Defendant)

No counsel appeared for or enrolled to represent JJK&A Holding Corp. d/b/a Coast Scaffold & Shoring (Defendant)

**IT IS ORDERED** that the trial in this matter is set for **THURSDAY AUGUST 1, 2019 AT 10:30 A.M.** said date and time being agreeable to counsel.

**IT IS FURTHER ORDERED** that counsel file a joint pre-trial order as governed by the Court's Notice of pretrial and Trial Procedures no later than July 23, 2019.

New Orleans, Louisiana, April 10, 2019.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge